UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDFOX INDUSTRIES, INC., | No. 2:13-cv-02176-TLN-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD, et al. | |
| Defendants. | |

This matter is before the Court pursuant to Defendants Carpenters 46 Northern California Counties Conference Board and Carpenters Local 46's (herein collectively referred to as "Defendants") Motion to Dismiss. (*See* ECF No. 6.)

Plaintiff Redfox Industries, Incorporated's ("Plaintiff") Complaint was filed in response to an arbitration award in which the arbitrator found that Plaintiff was essentially the alter ego of a company called Miller Paneling. Plaintiff seeks declaratory and injunctive relief from the legal implications of this award. Subsequent to the filing of Defendants' Motion to Dismiss, this Court held that a related case, predicated on the same arbitration award, was not final and thus not correctly before this Court. *See Miller Paneling Specialties, Inc. v. Carpenters 46 Northern California Counties Conference Board; Carpenters Local 46* (hereinafter *Miller Paneling*), No. 2:13-cv-01477-TLN-KJN, ECF No. 26.

1

1   Pursuant to the Court's order in *Miller Paneling*, the Court hereby orders the parties to
2   provide supplemental briefing as to whether Plaintiff's claims are ripe. Such briefing shall be no
3   more than ten (10) pages in length and shall be filed with the Court on or before April 25, 2014.
4   IT IS SO ORDERED.

6   Dated: April 8, 2014

Troy L. Nunley
United States District Judge