BLYTHE MICKELSON, Bar No. 095506
MATTHEW J. GAUGER, Bar No. 139785
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, California 95814
Tel:  (916) 443-6600
Fax:  (916) 442-0244
E-Mail:  bmickelson@unioncounsel.net
         mgauger@unioncounsel.net
         ecarder@unioncounsel.net

Attorneys for Defendants
CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES
CONFERENCE BOARD; CARPENTERS LOCAL UNION 46

CHAD S. TAPP, Bar No. 214898
MATTHEW R. DAY, Bar No. 250945
PORTER SCOTT
A Professional Corporation
350 University Avenue, Suite 200
Sacramento, California 95825
Tel:  (916) 929-1481
Fax:  (916) 927-3706
E-Mail:   ctapp@porterscott.com
          mday@porterscott.com

Attorneys for Plaintiff
REDFOX INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDFOX INDUSTRIES, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD; CARPENTERS LOCAL UNION 46 and Does 1 through 10,<br><br>                    Defendants | No. 2:13-cv-02176-TLN-KJN<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE HEARING FROM FEBRUARY 25, 2015 TO MARCH 9, 2015**<br><br>Date:       March 9, 2015<br>Time:      9:00 a.m.<br>Ctrm:      25<br>Judge:    Hon. Kendall J. Newman |

1

Case No. 2:13-cv-02176-TLN-KJN

The above-mentioned parties, by and through their counsel, stipulate and request the Court to continue the Settlement Conference hearing in the above-referenced matter from February 25, 2015 to March 9, 2015.

Dated: February 24, 2015

PORTER SCOTT
/s/ *Matthew R. Day*

By: Matthew R. Day

Attorneys for Plaintiff REDFOX INDUSTRIES, INC.

Dated: February 24, 2015

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

/s/ *Matthew J. Gauger*

By: Matthew J. Gauger
    Alan Crowley

Attorneys for Defendants CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD; CARPENTERS LOCAL UNION 46

**ORDER**

Good cause appearing therefore, the Settlement Conference hearing in the above matter is continued from February 25, 2015, to March 9, 2015, at 9:00 a.m., in Department 25.

IT IS SO ORDERED.

Dated: February 24, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

134425/800015

Case No. 2:13-cv-02176-TLN-KJN

2