BLYTHE MICKELSON, Bar No. 095506
MATTHEW J. GAUGER, Bar No. 139785
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, California 95814
Tel:  (916) 443-6600
Fax:  (916) 442-0244
E-Mail:  bmickelson@unioncounsel.net
         mgauger@unioncounsel.net
         ecarder@unioncounsel.net

Attorneys for Defendants
CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES
CONFERENCE BOARD; CARPENTERS LOCAL UNION 46

CHAD S. TAPP, Bar No. 214898
MATTHEW R. DAY, Bar No. 250945
PORTER SCOTT
A Professional Corporation
350 University Avenue, Suite 200
Sacramento, California 95825
Tel:  (916) 929-1481
Fax:  (916) 927-3706
E-Mail:   ctapp@porterscott.com
          mday@porterscott.com

Attorneys for Plaintiff
REDFOX INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDFOX INDUSTRIES, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD; CARPENTERS LOCAL UNION 46 and Does 1 through 10,<br><br>                    Defendants | No. 2:13-cv-02176-TLN-KJN<br><br>**SETTLEMENT AGREEMENT AND ORDER**<br><br>Date:        March 9, 2015<br>Time:       9:00 a.m.<br>Ctrm:       25<br>Judge:      Hon. Kendall J. Newman |

1
[PROPOSED] SETTLEMENT AGREEMENT AND ORDER
Case No. 2:13-cv-02176-TLN-KJN

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, California 95814
(916) 443-6600

The Parties, Plaintiff, RedFox Industries Inc. (herein "RedFox") and Defendants, Carpenters 46 Counties Conference Board and Carpenters Local Union 46 and an interested third party, Miller Paneling Specialties, Inc. (herein "Miller Paneling") enter this agreement to resolve their dispute concerning Arbitrator Hirsch's April 15, 2013 award against Miller Paneling.

1. Miller Paneling and RedFox will pay pension, annuity and vacation contributions for the Miller Paneling grievants employed by Miller Paneling for all hours of work they performed for RedFox in the 46 Northern California Counties after January 1, 2011. This includes only Ida Garza, Salvador Garza, Mike Neal and Daniel Estrada.

2. Miller Paneling and RedFox will pay back pay differential for any of the Miller Paneling grievants (Ida Garza, Salvador Garza, Mike Neal and Daniel Estrada) who performed work for RedFox in the 46 Northern California Counties from February 16, 2013 to the present.

3. To determine these amounts, Miller Paneling and RedFox will submit to the audit in the April 15, 2013 award that is the subject of this dispute but only as to the four Miller Paneling grievants (Ida Garza, Salvador Garza, Mike Neal and Daniel Estrada).

4. If any person comes forward with evidence that they performed work covered by the Carpenters Master Labor Agreement for Northern California while employed with RedFox prior to the date of execution of this agreement, and did not receive the proper wages and fringe benefits for those hours worked, Miller Paneling and RedFox shall indemnify Carpenters 46 Counties Conference Board, Carpenters Local 46, any other affiliated local unions and the Benefit Funds in the Carpenters' Master Agreement for Northern California for any claim that any person makes against them for back pay and fringe benefits for time worked for RedFox during the period of January 1, 2011 to present.

5. Carpenters 46 Counties Conference Board, Carpenters Local 46 and their affiliates waive any petition to confirm the arbitration award that is the subject of this dispute provided RedFox and Miller Paneling comply with the terms of this Settlement Agreement and Order. Carpenters 46 Counties Conference Board and Carpenters Local 46 agree not to seek to induce any other Miller Paneling employee to bring a claim regarding employment with RedFox. The

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, California 95814
(916) 443-6600

2

[PROPOSED] SETTLEMENT AGREEMENT AND ORDER
Case No. 2:13-cv-02176-TLN-KJN

1  parties agree that any dispute over the interpretation or application of the provisions of this

2  Settlement shall be resolved by the court through noticed motion.

3        6.     Miller Paneling joins in this Settlement Agreement.

4        7.     Upon compliance with this Agreement, the Grievances are resolved with no

5  admission of liability.  Each party is to bear its own costs and attorney fees.  Miller Paneling and

6  RedFox will remit the payment sum to the Carpenters 46 Counties Conference Board who will

7  pay the appropriate amounts to the benefit funds and the grievants in accordance with this

8  Agreement.  RedFox will dismiss the instant case against the Carpenters 46 Counties Conference

9  Board and Carpenters Local 46 within 10 days of Carpenters 46 Counties Conference Board

10  confirming payment in full.

11        8.     The Parties request the Court to vacate all docket and calendar entries pending

12  compliance with this settlement agreement.  In the event that the case is not dismissed by June 30,

13  2015, the Parties request the Court to order the parties to file a joint status report as to the status

14  of compliance with this Agreement on that date.

15  Dated:  March    , 2015          PORTER SCOTT

17                                By:    Chad S. Tapp
                                      Matthew R. Day
                                      Attorneys for Plaintiff REDFOX INDUSTRIES, INC.

20  Dated:  March    , 2015          WEINBERG, ROGER & ROSENFELD
                                      A Professional Corporation

22                                By:    Matthew J. Gauger
                                      Attorneys for Defendants CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD; CARPENTERS LOCAL UNION 46

26  Dated:  March    , 2015          COOK BROWN LLP

27                                By:    Ronald W. Brown
28                                        Attorneys for MILLER PANELING SPECIALTIES, INC.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, California 95814
(916) 443-6600

3
[PROPOSED] SETTLEMENT AGREEMENT AND ORDER
Case No. 2:13-cv-02176-TLN-KJN

## ORDER

Good cause appearing therefore,

IT IS SO ORDERED.  All dates are vacated except as noted above.

Dated:  March 23, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, California 95814
(916) 443-6600

4

[PROPOSED] SETTLEMENT AGREEMENT AND ORDER
Case No. 2:13-cv-02176-TLN-KJN