BLYTHE MICKELSON, Bar No. 095506
MATTHEW J. GAUGER, Bar No. 139785
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, California 95814
Telephone  (916) 443-6600
Fax  (916) 442-0244
E-Mail:  bmickelson@unioncounsel.net
         mgauger@unioncounsel.net
         ecarder@unioncounsel.net

Attorneys for Defendants Carpenters 46 Northern Counties
Conference Board and Carpenters Local 46

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDFOX INDUSTRIES, INC., <br><br> Union, <br><br> v. <br><br> CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD; CARPENTERS LOCAL UNION 46 and Does 1 through , <br><br> Employer. | No. 2:13-cv-02176-TLN-KJN <br><br> **JOINT REQUEST FOR DISMISSAL AND ORDER TO DISMISS** |

Pursuant to the Settlement Agreement and Order filed March 24, 2015 (Doc. 33), the parties jointly request that the Court dismiss this matter with prejudice in its entirety. The parties have complied with the Settlement Agreement and Order. Defendant Carpenters 46 Northern California Counties Conference Board is distributing the Settlement amount to the proper individuals and trust funds in accordance with the Settlement Agreement, the Collective Bargaining Agreement, and related Trust Agreements.

The parties therefore respectfully request dismissal.

Dated:   September  30 , 2015           WEINBERG, ROGER & ROSENFELD
                                         A Professional Corporation


                                         /S/
                                   By:   MATTHEW J. GAUGER
                                         Attorneys for Defendants Carpenters 46 Northern
                                         Counties Conference Board and Carpenters Local 46


Dated:   September  28 , 2015           PORTER SCOTT


                                         /S/
                                   By:   MATTHEW R. DAY
                                         Attorneys for Plaintiff RedFox Industries, Inc.


Dated:   September  29 , 2015           COOK BROWN LLP


                                         /S/
                                   By:   RONALD W. BROWN
                                         Attorneys for Miller Paneling Specialties, Inc.

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
428 J Street, Suite 520
Sacramento, California 95814
(916) 443-6600

2

JOINT REQUEST FOR DISMISSAL AND ORDER TO DISMISS
Case No. 2:13-cv-02176-TLN-KJN

## ORDER TO DISMISS

Good cause having been shown, the above matter is hereby dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  October 8, 2015

_____
Troy L. Nunley
United States District Judge

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, California 95814
(916) 443-6600

3

JOINT REQUEST FOR DISMISSAL AND ORDER TO DISMISS
Case No. 2:13-cv-02176-TLN-KJN